IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE COX, Jr.,**<br><br>Plaintiff,<br><br>v.<br><br>**VASUKI DARAM, et al.,**<br><br>Defendants. | Case No. 2:21-cv-01778-DJC-JDP (PC)<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS'' MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING AND OPPOSITION TO PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL |

Defendants moved for an extension of the deadlines to file a responsive pleading and opposition to Plaintiff's request for appointment of counsel in ECF No. 12. Defendants requested to extend the foregoing deadlines by forty-four days, or up to and including December 29, 2023.

The Court has read and considered the motion and finds that good cause exists to grant it.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and the deadlines for Defendants to file responsive pleadings and an opposition to Plaintiff's request for appointment of counsel are extended by forty-four days, up to and including December 29, 2023.

IT IS SO ORDERED.

Dated:   November 16, 2023  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE