IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE COX, Jr.,** | Case No. 2:21-cv-01778-DJC-JDP (PC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **VASUKI DARAM, et al.,** | |
| Defendants. | |

Defendants moved for an extension of the deadline to file a reply to Plaintiff's opposition to Defendants' motion to dismiss. Defendants requested to extend the foregoing deadlines by three days, up to and including February 2, 2024.

The Court has read and considered the motion and finds that good cause exists to grant it.

**IT IS HEREBY ORDERED** that Defendants' motion for administrative relief requesting an extension of time to file a reply to Plaintiff's opposition is **GRANTED**, and Defendants reply to Plaintiff's opposition, ECF No. 43, is deemed timely.

IT IS SO ORDERED.

Dated:     February 6, 2024     

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1