UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VASUKI DARAM, et al.,<br><br>　　　　　Defendants. | Case No.  2:21-cv-01778-DJC-JDP (PC)<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 16, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 16, 2024, are adopted in full;

2. Defendants' motion to dismiss, ECF No. 38, is granted and Plaintiff's claims against them are dismissed with leave to amend;

3. Plaintiff is ordered to file an amended complaint within twenty-one (21) days of this Order.  The amended complaint should be entitled Second Amended Complaint.  Failure to comply with this Order will result in dismissal of this action; and

4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **July 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE